IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FIAZ VOUHANNA GABRAIL,**

**Defendant.**                                              **No. 09-30187-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Gabrail's Second Motion to Continue Trial Date (Doc. 22). Defendant Gabrail requests a continuance of thirty (30) days because the parties are currently in negotiations but are trying to resolve an issue concerning Defendant's criminal history. The Government concurs with Defendant's request. Based on the reasons in the motion, the Court finds that the trial should be postponed so that the parties may continue with negotiations. Forcing the parties to trial on a case that appears to have the potential to resolve amicably would be a great miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. §3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant Gabrail's Second Motion to Continue Trial Date (Doc. 22). The Court **CONTINUES** the jury trial scheduled for March 8, 2010 until **April 5, 2010 at 9:00 a.m.** The time from the date the original motion was filed, February 18, 2010, until the date on which the trial is rescheduled,

April 5, 2010, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 18th day of February, 2010.

/s/   DavidRHerndon
**Chief Judge**
**United States District Court**