IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

FIAZ VOUHANNA GABRAIL,

Defendant.                                                       No. 09-30187-DRH

### ORDER

**HERNDON, Chief Judge:**

  This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Fiaz Vouhanna Gabrail, pursuant to **28 U.S.C. § 636**, LOCAL RULE **72.1(b)(2)** and Defendant Gabrail's consent (Doc. 24). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE **11**, the change of plea hearing was held on March 16, 2010 (Doc. 25). During the change of plea, Defendant plead guilty to Count 1 of the Indictment following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant's plea of guilty and concession of forfeiture of property related to Count 1 (Doc. 27). In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen (14) days from the issuance of the Report to file written objections. As of this date, neither party has filed objections. Therefore, the Court **ADOPTS** the Report in its entirety.

  Thus, it is the finding of the Court in the case of *United States v. Fiaz*

*Vouhanna Gabrail*, that Defendant Gabrail was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Further, the Court finds that he knowingly and intelligently conceded the forfeiture of the property enumerated in Count 1. Accordingly, the Court **ACCEPTS** Defendant Gabrail's guilty plea and **ADJUDGES** him **GUILTY** on Count 1 of the Indictment. The Court further **ACCEPTS** the concession of forfeiture. The Court **REMINDS** the parties that the sentencing is set for **July 2, 2010 at 1:30 p.m.**

      **IT IS SO ORDERED.**

Signed this 6th day of April, 2010.

                                      /s/  *David R Herndon*
                                      **Chief Judge**
                                      **United States District Court**