IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FIAZ VOUHANNA GABRAIL,**

**Defendant.**                                                      **No. 09-30187-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Gabrail's First Motion to Continue Sentence Date (Doc. 28). Defendant asks that the sentencing date currently scheduled for July 2, 2010 be continued as his attorney will be out of town with family for the Fourth of July holiday. Defendant's counsel has conferred with the Government who concurs with the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant's first motion to continue sentence date (Doc. 28). The Court **CONTINUES** the sentencing hearing currently scheduled for July 2, 2010 until **July 9, 2010 at 10:00 a.m.**

      **IT IS SO ORDERED.**

      Signed this 6th day of April, 2010.

                                /s/ *David R. Herndon*
                                **Chief Judge**
                                **United States District Court**